IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KENDRA LANAE LOVING,** | ) |
| Plaintiff, | ) |
| vs. | ) Civil No. 15-cv-914-CJP[1] |
| **CAROLYN W. COLVIN,**<br>**Acting Commissioner of Social Security,** | ) |
| Defendant. | ) |

## MEMORANDUM and ORDER

**PROUD, Magistrate Judge:**

This matter is now before the Court on the Defendant's Motion to Remand. **(Doc. 16).**

Defendant moves this Court to remand this case to the Commissioner for further administrative action pursuant to sentence six of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). A sentence six remand (as opposed to a sentence four remand) provides that "[t]he Court may, on motion of the Commissioner made for good cause shown before she files her answer, remand the case to the Commissioner for further action by the Commissioner." ***See Melkonyan v. Sullivan*, 501 U.S. 89, 101 n.2 (1991); *Shalala v. Schaefer*, 509 U.S. 292, 297 n.2 (1993).** A sentence six remand occurs when procedural difficulties, such as an inaudible hearing tape, incomplete record, or a lost file, necessitate a request for remand by the Commissioner. The joint conference

---

[1] This case was referred to the undersigned for final disposition upon consent of the parties, pursuant to 28 U.S.C. §636(c). See, Doc. 7.

committee of Congress in reporting upon the Social Security Disability Amendments of 1980 (to the Social Security Act) intended that such procedural defects be considered "good cause" for remand.

In the case at hand, The Office of Disability Adjudication and Review has informed defendant that it wishes remand be sought because the file is incomplete with over twenty exhibits missing. Upon receipt of the Court order of remand, the Appeals Council will remand the case to an administrative law judge for a de novo hearing and a new decision.

For good cause shown, Defendant's Motion to Remand **(Doc. 16)** is **GRANTED**.

The final decision of the Commissioner of Social Security denying Kendra Lanae Loving's application for social security benefits is **REMANDED** to the Commissioner for reconsideration of the additional evidence, pursuant to **six** of 42 U.S.C. §405(g).

The Clerk of Court is directed to enter judgment in favor of plaintiff.

**IT IS SO ORDERED.**

**DATED: December 16, 2015.**

>	s/ Clifford J. Proud
>	**CLIFFORD J. PROUD**
>	**UNITED STATES MAGISTRATE JUDGE**